1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  JERRY T. YEN
   Deputy Attorney General
4  State Bar No. 247988
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 210-7836
    Fax:  (916) 324-8835
7   E-mail:  Jerry.Yen@doj.ca.gov
   *Attorneys for Rob Bonta, in his official*
8  *Capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD D. BRINSON,** | Case No. 3:22-cv-09076 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| **MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,** | Judge:         Hon. Jacqueline Scott Corley<br>Action Filed:  Dec. 22, 2022 |
| Defendants. | |

## STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad D. Brinson and Defendant Rob Bonta, in his official capacity as Attorney General of California, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff filed this action on December 22, 2022, and served the Complaint and summons on Attorney General Bonta on January 4, 2023;

1

2. Under Rule 12 of the Federal Rules of Civil Procedure, Attorney General Bonta currently has until January 25, 2023, to answer or otherwise respond to the Complaint;

3. Counsel for Attorney General Bonta requested, and counsel for Plaintiff consented, to an additional thirty days for Attorney General Bonta to answer or otherwise respond to the Complaint; and

4. Attorney General Bonta shall have until February 24, 2023, to file and serve an answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

Dated: January 24, 2023    Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Jerry Yen*

JERRY T. YEN
Deputy Attorney General
*Attorneys for Rob Bonta, in his official Capacity as California Attorney General*

Dated: January 24, 2023    Respectfully submitted,

MICHEL & ASSOCIATES, P.C.
C.D. MICHEL
ALEXANDER A. FRANK


*/s/ Matthew Cubeiro*

*Attorneys for Plaintiff Brad D. Brinson*
MATTHEW D. CUBEIRO

2

Stip. to Extend Time to Answer or Otherwise Respond to Compl. (3:22-cv-09076)

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I, Jerry T. Yen, attest that concurrence in the filing of this document has been obtained.

/s/ Jerry T. Yen
JERRY T. YEN

3

Stip. to Extend Time to Answer or Otherwise Respond to Compl. (3:22-cv-09076)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Brinson, Brad D. v. Merrick B. Garland, et al.** | No. | **3:22-cv-09076 (N.D. Cal.)** |

I hereby certify that on <u>January 24, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 24, 2023</u>, at Sacramento, California.

| | |
|---|---|
| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
| Declarant | Signature |

SA2022305863
36873113.docx