Rob Bonta
Attorney General of California
Anthony R. Hakl
Supervising Deputy Attorney General
Jerry T. Yen
Deputy Attorney General
State Bar No. 247988
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Rob Bonta, in his official
Capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD D. BRINSON,**<br><br>Plaintiff,<br><br>v.<br><br>**MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 3:22-cv-09076<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:           Hon. Jacqueline Scott Corley<br>Action Filed: Dec. 22, 2022 |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad D. Brinson and Defendant Rob Bonta, in his official capacity as Attorney General of California, through their undersigned counsel, hereby stipulate as follows:

1.     Plaintiff filed this action on December 22, 2022, and served the Complaint and summons on Attorney General Bonta on January 4, 2023;

1

Stip. to Extend Time to Answer or Otherwise Respond to Compl. (3:22-cv-09076)

2.  Pursuant to the stipulation filed on January 24, 2023 (Dkt. No. 12), Attorney General Bonta currently has until February 24, 2023, to answer or otherwise respond to the Complaint;

3.  Counsel for Attorney General Bonta requested, and counsel for Plaintiff consented, to an additional ten days for Attorney General Bonta to answer or otherwise respond to the Complaint; and

4.  Attorney General Bonta shall have until March 6, 2023, to file and serve an answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

Dated:  February 22, 2023                     Respectfully submitted,

                                              ROB BONTA
                                              Attorney General of California
                                              ANTHONY R. HAKL
                                              Supervising Deputy Attorney General

                                              /s/ Jerry Yen

                                              JERRY T. YEN
                                              Deputy Attorney General
                                              *Attorneys for Rob Bonta, in his official Capacity as California Attorney General*

Dated:  February 22, 2023                     Respectfully submitted,

                                              MICHEL & ASSOCIATES, P.C.
                                              C.D. MICHEL
                                              ALEXANDER A. FRANK

                                              /s/ Matthew Cubeiro

                                              *Attorneys for Plaintiff Brad D. Brinson*
                                              MATTHEW D. CUBEIRO

2

Stip. to Extend Time to Answer or Otherwise Respond to Compl. (3:22-cv-09076)

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I, Jerry T. Yen, attest that concurrence in the filing of this document has been obtained.

                                  /s/ Jerry T. Yen
                              JERRY T. YEN

3

Stip. to Extend Time to Answer or Otherwise Respond to Compl. (3:22-cv-09076)

# CERTIFICATE OF SERVICE

| Case Name: | **Brinson, Brad D. v. Merrick B. Garland, et al.** | No. | **3:22-cv-09076 (N.D. Cal.)** |
|---|---|---|---|

I hereby certify that on <u>February 22, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 22, 2023</u>, at Sacramento, California.

| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
|---|---|
| Declarant | Signature |

SA2022305863
36952944.docx