1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  JERRY T. YEN
   Deputy Attorney General
4  State Bar No. 247988
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 210-7836
    Fax:  (916) 324-8835
7   E-mail:  Jerry.Yen@doj.ca.gov
   *Attorneys for Rob Bonta, in his official*
8  *Capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD D. BRINSON,**<br><br>                                Plaintiff,<br><br>     v.<br><br>**MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>                                Defendants. | Case No. 3:22-cv-09076<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:            Hon. Jacqueline Scott Corley<br>Action Filed:  Dec. 22, 2022 |

## JOINT MOTION

Pursuant to Civil Local Rule 16-2(d), Plaintiff Brad D. Brinson and Defendant Rob Bonta, in his official capacity as Attorney General of California, through their undersigned counsel, jointly move this Court to continue the Case Management Conference until May 18, 2023, for the following reasons:

1. Plaintiff filed this action on December 22, 2022, and served the Complaint and summons on Defendant California Attorney General Bonta on January 4, 2023;

2. The Complaint and summons was served by certified mail to Defendant Merrick Garland, Attorney General of the United States on January 5, 2023, and to the United States Attorney for the Northern District of California on March 6, 2023;

3. Defendant United States Attorney General Merrick Garland currently has until May 5, 2023, to answer or otherwise respond to the Complaint;

4. The Case Management Conference is currently scheduled for March 23, 2023; and

5. A continuance until May 18, 2023, is needed so that all the parties can participate in the Case Management Conference.

Dated: March 14, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Jerry Yen*

JERRY T. YEN
Deputy Attorney General
*Attorneys for Rob Bonta, in his official Capacity as California Attorney General*

| | | |
|---|---|---|
| 1 | Dated:  March 14, 2023 | Respectfully submitted, |
| 2 | | MICHEL & ASSOCIATES, P.C. |
| | | C.D. MICHEL |
| 3 | | ALEXANDER A. FRANK |
| 5 | | */s/ Matthew Cubeiro* |
| 6 | | *Attorneys for Plaintiff Brad D. Brinson* |
| | | MATTHEW D. CUBEIRO |

---

1  Dated:  March 14, 2023                              Respectfully submitted,

2                                                                         MICHEL & ASSOCIATES, P.C.
                                                                            C.D. MICHEL
3                                                                         ALEXANDER A. FRANK

4

5                                                                         */s/ Matthew Cubeiro*

6                                                                         *Attorneys for Plaintiff Brad D. Brinson*
                                                                            MATTHEW D. CUBEIRO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Joint Motion to Continue CMC (3:22-cv-09076)

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I, Jerry T. Yen, attest that concurrence in the filing of this document has been obtained.

                                      /s/ Jerry T. Yen
                                      JERRY T. YEN

# CERTIFICATE OF SERVICE

| Case Name: | **Brinson, Brad D. v. Merrick B. Garland, et al.** | No. | **3:22-cv-09076 (N.D. Cal.)** |
|---|---|---|---|

I hereby certify that on <u>March 14, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 14, 2023</u>, at Sacramento, California.

| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
|---|---|
| Declarant | Signature |

SA2022305863
37004189.docx