1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  JERRY T. YEN
   Deputy Attorney General
4  State Bar No. 247988
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 210-7836
     Fax:  (916) 324-8835
7    E-mail:  Jerry.Yen@doj.ca.gov
   *Attorneys for Rob Bonta, in his official*
8  *Capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD D. BRINSON,** | Case No. 3:22-cv-09076 |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| **MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,** | |
| Defendants. | |

### [~~PROPOSED~~] ORDER

Before the Court is the Plaintiff Brad Brinson and Defendant California Attorney General Rob Bonta's Joint Motion to Continue the Case Management Conference.  Having considered the motion, the Court finds that there is good cause to GRANT the motion.

1

IT IS THEREFORE ORDERED that the Case Management Conference is continued until May 18, 2023, at 1:30 p.m.  The Case Management Statement is due by May 11, 2023.

Dated: __March 15, 2023__

GRANTED
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA