ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    michael.keough@usdoj.gov

*Attorneys for Defendant*
*Merrick B. Garland*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAD D. BRINSON, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>    Defendants. | Case No. 3:22-CV-09076-JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AND REQUEST TO PROVISIONALLY FILE UNDER SEAL; [PROPOSED] ORDER** |

    Pursuant to Civil Local Rule 79-5(f), Defendant brings the following Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

    Concurrently with this Administrative Motion, Defendant has filed a Motion to Dimiss along with a declaration from Michael A. Keough in support of that Motion. Exhibit A to the Keough Declaration in Support of the Motion to Dismiss contains a copy of the criminal court record from Plaintiff's 1997 conviction for a misdemeanor crime of domestic violence, attached to correspondence between Plaintiff's attorney and the Federal Bureau of Investigation (FBI).

    As set forth in the Keough Declaration in Support of Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, certain portions of the criminal court record may not be relevant to the issues in the present case. Redactions of personal identifying information

1  (PII) have been redacted from the copy of Exhibit A filed with the Court under seal.

2      Accordingly, and out of an abundance of caution, Defendant has provisionally filed under seal
3  Exhibits A to the Keough Declaration in support of Defendant's Motion to Dismiss under seal.  Defendant
4  takes no position on whether these records should remain sealed.  Pursuant to Local Rule 79-5(f)(3), within
5  7 days of the filing of this Administrative Motion, Plaintiff must file a specific statement of the applicable
6  legal standard and the reasons for keeping these documents under seal.

7      Defendant has also served a copy of the unredacted exhibit on Plaintiff via e-mail.

8  DATED:    May 4, 2023    Respectfully submitted,

9      ISMAIL J. RAMSEY
10     United States Attorney

11     By:    */s/ Michael A. Keough*
    MICHAEL A. KEOUGH
12     Assistant United States Attorney

13     *Attorneys for Defendant Merrick B. Garland*

**[PROPOSED] ORDER**

Upon consideration of Defendant's Administrative Motion [and Plaintiff's response to the same], it is hereby ordered that:

\_\_\_\_    The Administrative Motion is GRANTED.  Exhibit A to the Keough Declaration in Support of Defendant's Motion to Dismiss shall remain filed under seal.

OR

\_\_\_\_    The Administrative Motion is DENIED.  Exhibit A to the Keough Declaration in Support of Defendant's Motion to Dismiss shall be filed on the public docket within \_\_ days of this Order.

SO ORDERED.

Date: _____, 2023                                  _____

Hon. Jacqueline Scott Corley
United States District Judge