ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6878
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Attorneys for Defendant*
*Merrick B. Garland*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAD D. BRINSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>　　　　Defendants. | Case No. 3:22-CV-09076-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND HEARING DATE FOR DEFENDANT GARLAND'S MOTION TO DISMISS** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Plaintiff and Defendants (collectively, the "Parties") jointly request to modify the date for the hearing on Defendant Garland's Motion to Dismiss (Dkt. 28) from June 8, 2023, to June 15, 2023 (or alternatively June 22, 2023), and to modify the date for the Initial Case Management Conference, currently set for May 18, 2023, to a date after the pending motion to dismiss is heard.

The Parties request to modify the hearing date for Defendant Garland's Motion to Dismiss to accommodate the availability of Plaintiff's counsel. The Parties respectfully submit that holding the Initial Case Management Conference after the pending motion to dismiss is heard will conserve the resources of the parties and the Court. This is the first joint request by all the parties to modify the date

of a Case Management Conference in this case,[1] and this request will not impact any deadlines other than those addressed herein.

DATED:  May 9, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendant Merrick Garland*

/s/ *Jerry T. Yen**
JERRY T. YEN
Deputy Attorney General

*Attorney for Defendant Rob Bonta*

/s/ *Matthew D. Cubeiro**
MATTHEW D. CUBEIRO

*Attorney for Plaintiff*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

---

[1] There was an initial request by Plaintiff and Defendant Bonta to continue the Case Management Conference until after the deadline for Defendant Garland to respond to the Complaint. Dkt. 19.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendant Garland's Motion to Dismiss shall be heard on June 15, 2023. The briefing schedule for the motion shall remain the same. Additionally, the Initial Case Management Conference currently scheduled for May 18, 2023 is reset to _____.

DATE:

                                            THE HONORABLE JACUELINE SCOTT CORLEY
United States District Judge