```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    michael.keough@usdoj.gov
```

*Attorneys for Defendant*
*Merrick B. Garland*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAD D. BRINSON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>  Defendants. | Case No. 3:22-CV-09076-JSC<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CASE MANAGEMENT**<br>**CONFERENCE** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Plaintiff and Defendants (collectively, the "Parties") jointly request to modify the date for the Initial Case Management Conference, currently set for July 27, 2023, to Thursday, October 26, 2023.

The Parties request to modify the date of the Initial Case Management Conference to accommodate upcoming parental leave for Defendant Garland's counsel. The Parties have met and conferred, and Plaintiff is presently considering whether he will amend his constitutional claims per the Court's July 7, 2023 Order (Dkt. 36). The Parties will submit a proposed stipulation for the Court's consideration with a date for Plaintiff's amendment (if necessary), and a date for Defendants' responses (or, if there is no amendment, a date for Defendants' answers), prior to the Initial Case Management Conference.

The Parties respectfully submit that holding the Initial Case Management Conference when lead counsel for all parties are available will conserve the resources of the parties and the Court, and promote the speedy resolution of this matter. This is the second joint request by all the parties to modify the date of a Case Management Conference in this case (*see* Dkt. 29),[1] and this request will not impact any deadlines other than those addressed herein.

DATED:  July 13, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendant Merrick Garland*

/s/ *Jerry T. Yen**
JERRY T. YEN
Deputy Attorney General

*Attorney for Defendant Rob Bonta*

/s/ *Matthew D. Cubeiro**
MATTHEW D. CUBEIRO

*Attorney for Plaintiff*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

---

[1] There was an initial request by Plaintiff and Defendant Bonta to continue the Case Management Conference until after the deadline for Defendant Garland to respond to the Complaint. Dkt. 19.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Initial Case Management Conference currently scheduled for July 27, 2023 is reset to Thursday, October 26, 2023.

DATE: July 17, 2023

_____
THE HONORABLE JACUELINE SCOTT CORLEY
United States District Judge