Rob Bonta
Attorney General of California
Anthony R. Hakl
Supervising Deputy Attorney General
Jerry T. Yen
Deputy Attorney General
State Bar No. 247988
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Rob Bonta, in his official Capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD D. BRINSON, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 3:22-cv-09076<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>Action Filed:  Dec. 22, 2022 |

Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Plaintiff and Defendants (collectively, the "Parties") jointly request to modify the date for the Initial Case Management Conference, currently set for February 2, 2024, to Thursday, February 8, 2024 at 1:30 p.m.

On November 17, 2024, the Court continued the Case Management Conference to February 2, 2024, due to the Court's unavailability. Dkt. 44. However, counsel for California Attorney

1

Joint Stipulation to Continue CMC (3:22-cv-09076 (N.D. Cal.)

1  General Rob Bonta has a pre-planned vacation on February 2, 2024, and is unavailable on that
2  date. Accordingly, the Parties request to modify the date of the Initial Case Management
3  Conference to February 8, 2024.
4      This is the fourth joint request by all the parties to modify the date of a Case Management
5  Conference in this case (*see* Dkt. 29, 37, 41),[1] and this request will not impact any deadlines other
6  than those addressed herein.

8  Dated: January 4, 2024                    Respectfully submitted,

9                                            ROB BONTA
                                              Attorney General of California
10                                           ANTHONY R. HAKL
                                              Supervising Deputy Attorney General

13                                           */s/ Jerry T. Yen*

14                                           JERRY T. YEN
                                              Deputy Attorney General
                                              *Attorneys for Rob Bonta, in his official*
15                                            *Capacity as California Attorney General*

17                                           /s/ *Michael A. Keogh*
                                              MICHAEL A. KEOUGH
18                                            Assistant United States Attorney

19                                           *Attorney for Defendant Merrick Garland*

21                                           /s/ *Matthew D. Cubeiro*
                                              MATTHEW D. CUBEIRO

22                                           *Attorney for Plaintiff*

---

27  [1] There was an initial request by Plaintiff and Defendant Bonta to continue the Case
28  Management Conference until after the deadline for Defendant Garland to respond to the
    Complaint. Dkt. 19.

2

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Jerry T. Yen, attest that concurrence in the filing of this document has been obtained.

                                      */s/ Jerry T. Yen*
                                      JERRY T. YEN

3

Joint Stipulation to Continue CMC (3:22-cv-09076 (N.D. Cal.)

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Initial Case Management Conference currently set for February 2, 2024, is reset to Thursday, February 8, 2024 at 1:30 p.m.

DATE: _____

HON. JACQUELINE SCOTT CORLEY
United States District Judge