ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6878
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Attorneys for Defendant*
*Merrick B. Garland*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAD D. BRINSON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>　　　　Defendants. | Case No. 3:22-CV-09076-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Plaintiff and Defendants (collectively, the "Parties") jointly request to modify the date for the forthcoming Case Management Conference, currently set for February 29, 2024, to Thursday, March 7, 2024.

　　　　On February 14, 2024, the Court issued an order setting a further Case Management Conference for February 29, 2024. *See* Dkt. 51. The Parties jointly request that the date of the upcoming Case Management Conference be continued for one week to March 7, 2024. The reason for this request is the availability of Defendant Garland's counsel, who will be travelling out of the state on February 29, 2024.

DATED: February 15, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　ISMAIL J. RAMSEY

|   |   |
|---|---|
| 1 | United States Attorney |
| 2 | /s/ *Michael A. Keough* |
| 3 | MICHAEL A. KEOUGH<br>Assistant United States Attorney |
| 4 |   |
| 5 | *Attorneys for Defendant Merrick Garland* |
| 6 | /s/ *Jerry T. Yen**<br>JERRY T. YEN<br>Deputy Attorney General |
| 7 |   |
| 8 | *Attorney for Defendant Rob Bonta* |
| 9 | /s/ *Matthew D. Cubeiro**<br>MATTHEW D. CUBEIRO |
| 10 | *Attorney for Plaintiff* |

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Case Management Conference

3  currently set for February 29, 2024, is reset to Thursday, March 7, 2024.

4

5  DATE: _____

6  THE HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge