C.D. Michel – SBN 144258
Mathew D. Cubeiro – SBN 291519
Alexander A. Frank – SBN 311718
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: mcubeiro@michellawyers.com

Attorneys for Plaintiff Brad D. Brinson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAD D. BRINSON, an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10<br><br>  Defendants. | Case No.: 22-cv-09076-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RE: DISCOVERY AND STANDARD OF REVIEW**<br><br>Action Filed: December 22, 2022 |

Pursuant to the Court's order at the Case Management Conference on March 6, 2024, Plaintiff Brad Brinson ("Mr. Brinson" or "Plaintiff"), Defendant Merrick B. Garland, in his official capacity as Attorney General of the United States ("Defendant Garland"), and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant Bonta") have met and conferred on the below-proposed briefing schedule to address the issue of discovery and standard of review. Defendant Bonta ("Defendant Bonta") currently takes no position on the matter.

Plaintiff Brinson and Defendant Garland, through their counsel of record, stipulate and jointly request that this Court set the following briefing schedule regarding discovery and standard of review:

1. Plaintiff's deadline to file the Opening Brief is set for April 3, 2024.
2. Defendant Garland's deadline to file the Response Brief is set for April 25, 2024.
3. Plaintiff's deadline to file the Reply Brief is set for May 2, 2024.
4. The hearing regarding discovery and the standard of review is set for May 16, 2024 at 10:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 12, 2024

*/s/ Matthew D. Cubeiro*
Matthew D. Cubeiro
Counsel for Plaintiff

Dated: March 12, 2024

*/s/ Michael A. Keough*
MICHAEL A. KEOUGH
Counsel for Defendant Merrick Garland

Dated: March 12, 2024

*/s/ Jerry T. Yen*
JERRY T. YEN
Counsel for Defendant Rob Bonta

**ATTESTATION OF E-FILED SIGNATURES**

I, Matthew D. Cubeiro, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RE: DISCOVERY AND STANDARD OF REVIEW. In compliance with Northern District of California L.R. 5-1(i)(3), I attest that all signatories are registered ECF filers and have concurred in this filing.

Dated: March 12, 2024                             */s/ Matthew D. Cubeiro*
                                                                    Matthew D. Cubeiro

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, the Court sets the following schedule regarding discovery:

1. Plaintiff's deadline to file the Opening Brief is set for April 3, 2024.
2. Defendant Garland's deadline to file the Response Brief is set for April 25, 2024.
3. Plaintiff's deadline to file the Reply Brief is set for May 2, 2024.
4. The hearing regarding discovery and the standard of review is set for May 16, 2024 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____         _____
                                    The Honorable Jacqueline Scott Corley
                                    United States District Court Judge

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: *Brinson v. Merrick, et al.*
Case No.: 22-cv-09076-JCS

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RE: DISCOVERY AND STANDARD OF REVIEW**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Jerry T. Yen
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7836
Fax: (916) 324-8835
E-mail: Jerry.Yen@doj.ca.gov
  *Attorneys for Rob Bonta*

Michael A. Keough
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-mail: michael.keough@usdoj.gov
  *Attorneys for Defendant Merrick B. Garland*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed March 12, 2024.

_____
Laura Palmerin