UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD DANIEL BRINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B. GARLAND, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-09076-JSC<br><br>**PRETRIAL ORDER NO. 2: AMENDED CASE SCHEDULE** |

Upon review of the parties' further case management conference statement, (Dkt. No. 69), the Court VACATES the August 29, 2024 case management conference and ORDERS the following amended schedule:

**I.　CASE MANAGEMENT DEADLINES:**

| | |
|---|---|
| Defendant's Answer: | September 20, 2024 |
| Initial Disclosures: | September 27, 2024 |
| Fact discovery deadline: | December 13, 2024 |
| Dispositive Motions: | January 9, 2025 |
| Dispositive Motion Oppositions: | January 23, 2025 |
| Dispositive Motion Replies: | January 30, 2025 |
| Hearing on Dispositive Motions: | February 13, 2025 |

//
//
//
//

1  The Court is not scheduling a further case management conference. If the parties need the
2  Court's assistance, they should contact the Court's Courtroom Deputy Ada Means to schedule a
3  further video case management conference.

4  **IT IS SO ORDERED.**

5  Dated: August 23, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge