C.D. Michel – SBN 144258
Mathew D. Cubeiro – SBN 291519
Alexander A. Frank – SBN 311718
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: mcubeiro@michellawyers.com

Attorneys for Plaintiff Brad D. Brinson

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
michael.keough@usdoj.gov

Attorneys for Defendant Merrick B. Garland

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAD D. BRINSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, et al.,<br><br>Defendants. | Case No.: 22-cv-09076-JCS<br><br>**JOINT STIPULATION FOR REMOTE APPEARANCE AT HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: December 22, 2022<br>Trial Date: August 25, 2025 |

Plaintiff Brad Brinson and Defendant Pamela Bondi, through their counsel of record hereby request and stipulate as follows:

WHEREAS the hearing on Defendant's Motion for Summary Judgment is scheduled for May 1, 2025 at 10:00 AM; and

WHEREAS, counsel for Plaintiff, Matthew D. Cubeiro, is suffering from a severe flu-like illness and does not wish to expose anyone in the courthouse.

NOW THEREFORE, the parties request and stipulate as follows:

1. Mr. Cubeiro should appear remotely at the hearing on May 1, 2025 at 10:00 AM.

ALTERNATIVELY,

2. All parties should appear remotely at the hearing on May 1, 2025 at 10:00 AM.

IT IS SO STIPULATED.

Dated: April 28, 2025					MICHEL & ASSOCIATES, P.C.

							*/s/ Matthew D. Cubeiro*
							Matthew D. Cubeiro
							Attorneys for Plaintiff

Dated: April 28, 2025					PATRICK D. ROBBINS
							United States Attorney

							*/s/ Michael A. Keough*
							MICHAEL A. KEOUGH
							Counsel for Defendant Merrick B. Garland

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: *Brinson v. Garland, et al.*
Case No.: 22-cv-09076-JCS

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION FOR REMOTE APPEARANCE AT HEARING ON MOTION FOR SUMMARY JUDGMENT**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael A. Keough
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
E-mail: michael.keough@usdoj.gov
   *Attorneys for Defendant Pamela Bondi*

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 29, 2025.

_____
Laura Fera